PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
Tel: 702.862.8800
Fax: 702.862.8811

Attorneys for Defendants

LESLIE MARK STOVALL, ESQ., Bar # 2566
JUSTIN PATRICK STOVALL, ESQ., Bar # 11723
STOVALL & ASSOCIATES
3216 W. Charleston Boulevard, Suite B
Las Vegas, NV 89102
Tel: 702.258.3034
Fax: 702.258.0093

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMELIA MUSTAIN, | Case No. 2:09-cv-02211-PMP-RJJ |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WYNDHAM WORLDWIDE CORPORATIONS, WYNDHAM WORLDWIDE OPERATIONS, INC., WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, d/b/a WORLDMARK BY WYNDHAM, CARTER LEE, RICH FOLK, KAREN CASE; DOES I-X; ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

///

///

///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their designated counsel of record, that this case and each and every cause of action be dismissed in its entirety against Defendants, with prejudice, each party to bear their own costs and attorneys' fees.

Dated: November 3, 2010         LITTLER MENDELSON

By:  /s/
  PATRICK H. HICKS, ESQ.
  SANDRA KETNER, ESQ.

  Attorneys for Defendants

Dated: November 3, 2010         STOVALL & ASSOCIATES

By:  /s/
  LESLIE MARK STOVALL, ESQ.
  JUSTIN PATRICK STOVALL, ESQ.

  Attorneys for Plaintiff
  AMELIA MUSTAIN

IT ~~IS SO~~ ORDERED this 8th day of November, 2010.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800